IN THE UNITED STATES DISTIRCT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| AMY C. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| STATE FARM MUTUAL AUTOMOBILE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL TO DISTRICT COURT

Comes now Defendant State Farm Mutual Automobile Insurance Company, by and through its attorneys, and requests the removal of the above captioned action from the Circuit Court of St. Louis City, State of Missouri, to the United States District Court for the Eastern District of Missouri, pursuant to the provisions of U.S.C. Sections 1332 and 1441(a). In support of its request, Defendant states as follows:

1.     Plaintiff commenced this action in the Circuit Court for the City of St. Louis, State of Missouri, on or about May 1, 2022 under the caption Amy C. Bell v. State Farm Mutual Automobile Insurance Company, Cause No. 2222-AC04556.

2.     Defendant State Farm Mutual Automobile Insurance Company hereby requests the removal of said action to the United States District Court for the Eastern District of Missouri, based upon the existence of diversity of citizenship between Plaintiff and Defendant pursuant to the diversity jurisdiction of this court and 28 U.S.C. Section 1332(a)(1).

3.     The United States District Court for the Eastern District of Missouri, is the Federal District Court embracing the City of St. Louis,  State of Missouri, where this action is currently pending.

4.      This is a civil action over which this court has original jurisdiction pursuant to 28 U.S.C. Section 1332(a)(1), and is one which may be removed to this court pursuant to the provisions of 28 U.S.C. Section 1441(a), in that:

a.      Plaintiff was a citizen and resident of the State of Missouri at the time of the occurrence described in Plaintiff's Petition, and continues to be and remains a resident of the State of Missouri up to and including the present times.

b.      Defendant State Farm Mutual Automobile Insurance Company was, at the time of the commencement of this action, and still is, a corporation duly incorporated under the laws of the State of Illinois, and having its principal place of business in Bloomington, Illinois, and not in Missouri.

c.      Defendant's attorney conferred with Plaintiff's counsel on May 9, 2022 and was informed that the Plaintiff's demand is for $100,000.00 and therefore there is a reasonable probability that the matter in controversy herein exceeds the sum of $75,000 exclusive of interest and costs.

5.      This Petition is filed pursuant to the provisions of 28 U.S.C. Sections 1441(a) and 1446 within 30 days after the receipt by State Farm Mutual Automobile Insurance Company of the initial pleadings setting forth the claim for relief upon which this action is based.

6.      There are attached to this notice and incorporated hereby by reference, true and accurate copies of all process, pleadings and orders to date in this action.

WHEREFORE, Defendant State Farm Mutual Automobile Insurance Company requests

that this case be removed from the Circuit Court of St. Louis City, State of Missouri to the

United States District Court for the Eastern District of Missouri.

_____
Daniel E. Wilke

STATE OF MISSOURI     )
                               )ss

CITY OF ST. LOUIS       )

Daniel E. Wilke, first being duly sworn upon his oath, states that he is the agent and
attorney for Defendant, that he has read the foregoing Removal Petition and knows the contents
thereof, and that the statements herein contained are true to the best of his knowledge,
information and belief.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official
seal this _10_ day of _May_ , 20_22_

_____
NOTARY PUBLIC

My Commission Expires:



LORI BOISMENUE
My Commission Expires
October 18, 2022
St. Louis County
Commission #14430315

/s/ **Daniel E. Wilke**
Daniel E. Wilke #24464MO
Attorneys for Defendant
WILKE & WILKE, P.C.
2708 Olive Street
St. Louis, Missouri 63103
Direct Dial: 314-533-3529
Fax: 314-371-0900
wilke@wilkewilke.net

A copy of the foregoing faxed this _10th_ day of _May_ , 2022 to:

Tarun B. Rana
Attorney at Law
655 Craig Road, Suite 252
St. Louis, MO 63141
ATTORNEY FOR PLAINTIFF

                                      /s/ **Daniel E. Wilke**

DEW:lb